**ASHBY & GEDDES**

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

May 2, 2022

Via Electronic Filing
The Honorable Mary Pat Thynge
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

>       Re:   *CCAR Investments, Inc. v. Barra et al.*,
>             C.A. No. 20-957-LPS

Dear Chief Magistrate Judge Thynge:

We write on behalf of Plaintiff CCAR Investments, Inc. The parties have stipulated to dismiss this action without prejudice in favor of the action based on the same underlying facts pending in the Delaware Court of Chancery, captioned *Lebanon County Employees' Retirement Fund v. Collis*, C.A. No. 2021-1118-JTL (Del. Ch.). The Stipulation and [Proposed] Order Voluntarily Dismissing Action and Providing for Notice is filed herewith.

In light of this, the parties respectfully ask for the Court's Order dated April 20, 2022 setting a scheduling teleconference and directing the parties to submit a joint proposed scheduling order (ECF No. 63) be vacated.

The parties are available at the Court's convenience should Your Honor have any questions.

>                             Respectfully,
>
>                             */s/ Stephen E. Jenkins*
>
>                             Stephen E. Jenkins (#2152)

cc:   All Counsel of Record (via email)

{01796333;v1 }